NO. 07-12-00255-CR

IN THE COURT OF APPEALS

FOR THE SEVENTH DISTRICT OF TEXAS

AT AMARILLO

PANEL A

NOVEMBER 30, 2012

CESAR MENDEZ, APPELLANT

v.

THE STATE OF TEXAS, APPELLEE

FROM THE 137TH DISTRICT COURT OF LUBBOCK COUNTY;

NO. 2010-426,154; HONORABLE JOHN J. "TREY" MCCLENDON, JUDGE

Before CAMPBELL and HANCOCK and PIRTLE, JJ.

**ON ABATEMENT AND REMAND**

Appellant, Cesar Mendez, appeals from a judgment of conviction for the offense of burglary of a habitation, and sentence of ten years' incarceration in the Institutional Division of the Texas Department of Criminal Justice. Appellant filed notice of appeal on June 22, 2012. The clerk's record was filed on July 23, 2012.

Due to medical problems suffered by the official court reporter, this Court has granted four requests for extension of time to file the reporter's record. The last such extension extended the deadline for filing the reporter's record to November 26, 2012. On November 26, 2012, this Court received a fifth request for extension of time to file

the reporter's record. In order to ensure that the reporter's record in this cause is filed as soon as is practicable, we now abate this appeal and remand it to the trial court for further proceedings. See TEX. R. APP. P. 35.3(c).

Upon remand, the trial court shall immediately cause notice of a hearing to be given and, thereafter, conduct a hearing to determine the status of the preparation of the reporter's record, and to enter any order necessary under the present circumstances to ensure that the reporter's record is filed as soon as practicable. The trial court shall cause the hearing to be transcribed. In addition, the trial court shall (1) execute findings of fact and conclusions of law addressing the foregoing issues, (2) cause a supplemental clerk=s record to be developed containing its findings of fact and conclusions of law and any orders it may issue relating to this matter, and (3) cause a reporter=s record to be developed transcribing any evidence and arguments presented at the aforementioned hearing. The trial court shall then file the supplemental clerk=s record and supplemental reporter=s record transcribing the hearing with the clerk of this Court on or before January 2, 2013. Should further time be needed by the trial court to perform these tasks, same must be requested before January 2, 2013.

It is so ordered.

Per Curiam

Pirtle, J., not participating.

Do not publish.

2